UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
KONG CHENG NI,                                                :
                              Plaintiff,                      :
                                                              :    22 Civ. 9180 (LGS)
            -against-                                         :
                                                              :    ORDER
ALEJANDRO MAYORKAS, et al.,                                   :
                                                              :
                              Defendants.                     :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on October 26, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **December 7, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **December 21, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: November 9, 2022
       New York, New York

_____
                    LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE