Pro Se Intake Unit
US District Court Southern District of NewYork
500 Pearl Street
New York NY 10007

RECEIVED
SDNY PRO SE OFFICE

2023 JAN 18  AM 10: 08

Kong Cheng Ni

Write the full name of each plaintiff or petitioner.

-against-

Alejandro Mayorkas, ETAL

Case No. 22 CV 09180

**Letter re:** Withdraw case

Write the full name of each defendant or respondent.

DEFENDANT
Alejandro Mayorkas, Secretary, Department of Homeland Security;
Timothy Houghton, Director, New York Office, US Citizenship and Immigration Services;
Scott Velez, Deputy Director, New York Office, U.S Citizenship and Immigration Services

So Ordered.

The Clerk of Court is respectfully directed to close this case and to mail a copy of this Order to the pro se Plaintiff.

Dated: January 19, 2023
       New York, New York

Please withdraw my case because service dept already respond my case.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

01/12/2023
Dated

Signature: Kong Cheng Ni

Kong Cheng Ni
Name

Prison Identification # (if incarcerated)

112 Bowery #702, New York NY 10013
Address        City        State        Zip Code

N/A                        N/A
Telephone Number (if available)        E-mail Address (if available)

SDNY Rev: 5/20/2016

NEW YORK NY 100
12 JAN 2023 PM 13 L

USM P3
SDNY

Pro Se Intake Unit
US District Court Southern District of New York
500 Pearl Street
New York NY 10007

10007-130055

Kong Cheng Ni
112 BOWERY STREET #702
NEW YORK, NY 10013

RECEIVED
SDNY PRO SE OFFICE
2023 JAN 18  AM 9:14